UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00927-SPG-SHK | Date | May 12, 2025 |
| Title | Jose Marroquin, et al. v. Loya Casualty Insurance Co. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

District courts have original jurisdiction over class actions only where the amount in controversy "exceeds the sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(2); *see Manoukian v. John Bean Techs. Corp.*, No. CV 18-1307 SJO (AGR), 2018 WL 6133679, at *4 (C.D. Cal. Apr. 23, 2018). If a district court determines "at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3); *see Tibrio, LLC v. Flex Mktg., LLC*, No. 23cv1167-LL-BGS, 2023 WL 8358551, at *1 (S.D. Cal. Dec. 1, 2023)

In Plaintiffs' Motion for Class Certification, Plaintiffs indicate that the total number of putative class members is approximately 1,980 persons and that their damages are "likely less than $500 per person." (ECF No. 69-1 at 17, 26). Thus, it appears that the amount-in-controversy in this case is approximately $990,000—well short of the requirement stated in § 1332(d)(2).

Accordingly, the Court ORDERS Plaintiffs to show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs must file a response, if any, within seven (7) days of the issuance of this Order, plausibly demonstrating how, in light of the arguments made in the Motion for Class Certification, the amount-in-controversy can exceed $5,000,000.

**IT IS SO ORDERED.**

: 

Initials of Preparer   pg